UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IMANI MARCANO,

                    Plaintiff,

            v.

BRONX FAMILY NETWORK, INC.,

                    Defendant.

25-CV-6618 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Complaint in this case was filed on August 12, 2025. *See* Dkt. No. 1.  Under Federal Rule of Civil Procedure 4(m), a complaint must be served within 90 days of the commencement of the action.  Fed. R. Civ. P. 4(m). To date, no proof of service has been filed on the docket. Accordingly, it is hereby:

ORDERED that, no later than December 5, 2025, Plaintiff submit a letter indicating why the Court should not dismiss the action without prejudice, consistent with Rule 4(m).

IT IS FURTHER ORDERED that if the Court does not receive a letter by December 5, 2025, the case may be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:        December 1, 2025
              New York, New York

_____
Hon. Ronnie Abrams
United States District Judge