UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IMANI MARCANO,

                 Plaintiff,

               v.

BRONX FAMILY NETWORK, INC.,

                 Defendant.

25-CV-6618 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Complaint in this case was filed on August 12, 2025. *See* Dkt. No. 1. On December 1, 2025, the Court ordered Plaintiff to show cause as to why the Court should not dismiss the action consistent with Federal Rule of Civil Procedure 4(m) given that there was no proof of service on the docket. *See* Dkt. No. 7. On December 3, 2025, Plaintiff filed an affidavit of service stating that Defendant was served on September 24, 2025. See Dkt. No. 8. Defendant's answer was due on October 15, 2025. Defendant has not appeared, answered, or otherwise responded to the Complaint. Defendant shall do so or seek an extension by April 17, 2026.

Moreover, Plaintiff indicated in a December 3, 2025 letter it planned to move for default judgment against Defendant but has not yet done so. *See* Dkt. No. 9. If Defendant does not comply with this order by April 17, 2026, Plaintiff shall move for default judgment no later than May 1, 2026 or this case will be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b).

Plaintiff shall serve a copy of this Order on Defendant by April 10, 2026 and promptly file proof of such service on the docket.

SO ORDERED.

Dated:      April 6, 2026
           New York, New York

_____
Ronnie Abrams
United States District Judge