UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IMANI MARCANO,<br>Plaintiff,<br>v.<br>BRONX FAMILY NETWORK, INC.,<br>Defendant. | 25-CV-6618 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

For the reasons stated today on the record, Plaintiff's motion for default judgment is denied. The Clerk of Court is respectfully directed to terminate the motion pending at Dkt. No. 12. The parties can obtain a transcript of today's proceeding from the Court Reporter. By separate order, this case is referred to Judge Willis for a settlement conference and general pretrial purposes.

SO ORDERED.

Dated: October 22, 2026
New York, New York

Ronnie Abrams
United States District Judge